## Corporate Disclosure Statement Pursuant to Local Rule 7.3

Pursuant to Local Rule 7.3, Xcel Software, Inc. ("Xcel") submits the following corporate disclosure statement:

Xcel does not have any parent corporations, and no publicly held company owns ten percent (10%) or more of Xcel's stock.

By: _____
Sean Ploen, Esquire
BOSTON LAW GROUP, LLP
20 Park Plaza, Suite 637
Boston, MA 02116
Tel. (617) 426-6800
Fax (617) 426-6802
Attorney for Plaintiff
BBO # 641279

Dated: March 17, 2004