AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Xcel Software, Inc.

V.

H2 Technologies, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **04 10542 NG**

TO: (Name and address of Defendant)

H2 Technologies, Inc.
2166-C West Park Court
Stone Mountain, GA  30087

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean Ploen, Esq.
Boston Law Group, LLP
20 Park Plaza, Suite 637
Boston, MA  02116

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   MAR 1 7 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/22/04 at 4:15 PM |
| NAME OF SERVER (PRINT) Todd Ball | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served Gloria Haarman as Authorized Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-25-04
             Date              Signature of Server

ATLANTA LEGAL
SERVICES, INC.
Address of Server 1655 PEACHTREE ST NE STE 510
ATLANTA G 3  09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.