UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10542-NG

XCEL SOFTWARE, INC.

Plaintiff

v.

H2 TECHNOLOGIES, INC.

Defendant

ORDER

June 30, 2004

COHEN, M.J.

The above-entitled case was referred to this court for pretrial proceedings. A Rule 16(b) conference was scheduled for this date. Prior to the conference, the parties reported that the case had been settled.

Accordingly, the parties shall file appropriate closing papers on or before the close of business, Friday, July 30, 2004, and the file is hereby ordered returned to the Clerk to close the file upon receipt of those closing papers.

_____
UNITED STATES MAGISTRATE JUDGE